DFC

DOA: 8.22.23

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>Jose ALVAREZ-Murrieta,<br><br>                Defendant. | Case No.:  2:23-mj-08651-LR<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about August 22, 2023, within the Southern District of California, defendant, Jose ALVAREZ-Murrieta, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

ANDRES J SALAZAR
Digitally signed by ANDRES J SALAZAR
Date: 2023.08.23 06:58:18 -07'00'

Andres Salazar, Special Agent
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 23rd day of August 2023.

HON. LUPE RODRIGUEZ, JR.
U. S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jose ALVAREZ-Murrieta

## STATEMENT OF FACTS

This Complaint and Statement of Facts are based on the reports, documents, and notes furnished to Homeland Security Investigations Special Agent Andres Salazar.

On August 22, 2023, Customs and Border Protection Officer ("CBPO") R. Lascano was assigned to vehicle primary lanes at the Calexico, California West Port of Entry. At approximately 5:48 a.m., CBPO Lascano encountered Jose ALVAREZ-Murrieta ("ALVAREZ") in a gray Chevrolet Cruze bearing California license plates as he applied for entry into the United States. CBPO Lascano received a negative customs declaration from ALVAREZ and asked him where he was heading in the United States. ALVAREZ replied he was going to Calexico to look for work. CBPO Lascano checked ALVAREZ's border crossing history and noticed he had few and limited crossings in the vehicle. CBPO Lascono conducted an inspection of the trunk and upon inspection of the rear quarter panel areas of the trunk. CBPO Lascono saw sealed packages hidden inside. At this point, CBPO officers detained ALVAREZ and transferred the vehicle to the secondary inspection lot for further inspection.

In secondary inspection, ALVAREZ's vehicle was scanned in the Z-Portal x-ray machine. CBPO J. Barba was operating the Z-Portal machine and detected anomalies in the rear quarter panels of the vehicle.

ALVAREZ's vehicle was screened by Canine Enforcement Officer ("CEO") D. Madero utilizing his assigned Human/Narcotics Detection Dog ("HNDD") Zoly. The HNDD screening resulted in a positive alert to the vehicle.

During the subsequent inspection of the vehicle, approximately 76 packages were discovered in the rear quarter panels and bumper area of the vehicle. The packages contained a crystal-like substance and weighed a total of 35.96 kilograms (79.28 pounds). A random small sample from one package was tested and resulted positive for methamphetamine.

ALVAREZ was advised of his Miranda rights in Spanish. ALVAREZ stated he understood his rights. ALVAREZ admitted that he knew drugs were loaded in the vehicle and stated he was going to be paid either $4,000 or $5,000 United States dollars for delivering the drugs to Calexico, California.

ALVAREZ was placed under arrest and charged with a violation of Title 21, United States Code, Sections 952 and 960 for Importation of a Controlled Substance.

Several hours later, at approximately 3:35 p.m., CBP officers conducting further inspection on seized vehicles discovered an additional two packages of methamphetamine hidden in the rear section of ALVAREZ's vehicle. The two packages weighing approximately 0.94 kilograms (2.07 pounds) were removed from the vehicle. A final total of 78 packages, weighing approximately 36.90 kilograms (81.35 pounds) of methamphetamine were removed from the vehicle.